KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for Plaintiff*
*Philadelphia Indemnity Insurance Company*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation;<br><br>Plaintiff,<br>vs.<br><br>RONALD S. JANKOV, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive;<br><br>Defendants. | Case No.:   2:20-cv-01223-APG-VCF<br><br>**PHILADELPHIA INDEMNITY INSURANCE COMPANY and RONALD S. JANKOV STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON REQUEST FOR TEMPORARY RESTRAINING ORDER (ECF No. 10)** |

Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through its attorneys, The Faux Law Group, and Defendant Ronald S. Jankov ("Jankov"), by and through his attorneys, Dicksinon Wright PLLC, respectfully request the Court to continue the hearing on Philadelphia's emergency motion for temporary restraining order ("TRO Request") scheduled for July 10, 2020 at 10:00 a.m. (ECF No. 10) and establish a briefing schedule as proposed below:

1. Philadelphia filed its complaint on June 29, 2020 seeking among other relief that Jankov post collateral security in the amount of $720,057.75. (ECF No. 1).

2. Philadelphia filed its motion seeking the posting of collateral security, temporary restraining order and preliminary injunction on July 13, 2020. ("Motion"). (ECF Nos. 8 and 9).

1

3. On July 14, 2020, the court issued an order setting a telephonic hearing on Philadelphia's TRO Request for July 21, 2020 at 10:00 a.m. (ECF No. 10). That Order (ECF No. 10) also orders Philadelphia to immediately serve Jankov with the complaint, the emergency motion for temporary restraining order, and the court's order.

4. On Friday July 17, 2020, Michael N. Feder of the law firm of Dickinson Wright PLLC was retained to represent Jankov in this matter.

5. Jankov, through his attorneys, has requested a continuance of the hearing to allow for a reasonable briefing schedule and Philadelphia consents to this request.

6. Additionally, Jankov will authorize Mr. Feder to accept service of process of Philadelphia's complaint, Motion and the court's order, ECF No. 10. While Jankov does not believe there is any basis for the relief requested in the Motion or TRO Request, as part of this stipulation only, Jankov also agrees not to dissipate his assets outside the ordinary course of business pending the court's hearing on the TRO Request.

7. The Parties consent to a new hearing date of August 7, 2020 at 10:00 a.m. (or as soon as the court's schedule allows in that time frame) on the TRO Request.

8. Jankov will submit a Response to Philadelphia's TRO Request on or before Tuesday, July 28, 2020.

9. Philadelphia will submit its Reply to Jankov's Response on or before Monday, August 3, 2020.

DATED this 20th day of July, 2020.

                                                  THE FAUX LAW GROUP

                                                   /s/ Kurt C. Faux
                                                  KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
2625 N. Green Valley Parkway, Ste. 100
Henderson, NV 89014
*Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*

DICKINSON WRIGHT PLLC

 /s/ Michael N. Feder
MICHAEL N. FEDER, ESQ.
Nevada Bar No. 7332
BROOKS T. WESTERGARD, ESQ.
Nevada Bar No. 14300
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
*Attorneys for Defendant Ronald S. Jankov*

## ORDER

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** as follows:

1. Jankov shall submit his Response to Philadelphia's TRO Request on or before Tuesday, July 28, 2020;

2. Philadelphia shall submit its Reply to Jankov's Response on or before Monday, August 3, 2020; and

3. The hearing on the TRO Request presently scheduled for Tuesday, July 21, 2020 at 10:00 a.m. (ECF No. 10) is hereby re-set for August 11, 2020 at 10:00 a.m. in Courtroom 6C.

The parties and counsel shall appear telephonically by calling the Court conference line at 877-336-1831 at least five minutes prior to the hearing. The conference code is 6948860. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

_____
United States District Court Judge

DATED: July 21, 2020

3