DICKINSON WRIGHT PLLC
MICHAEL N. FEDER, ESQ. (NBN 7332)
BROOKS T. WESTERGARD, ESQ. (NBN 14300)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: MFeder@dickinsonwright.com
Email: BWestergard@dickinsonwright.com

*Attorneys for Defendant Ronald S. Jankov*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD S. JANKOV, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01223-APG-VCF<br><br>**PHILADELPHIA INDEMNITY INSURANCE COMPANY and RONALD S. JANKOV STIPULATION TO AMEND BRIEFING SCHEDULE ON REQUEST FOR TEMPORARY RESTRAINING ORDER (ECF No. 10)**<br><br>**(Second Request)**<br><br>**ORDER** |

Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through its attorneys, The Faux Law Group, and Defendant Ronald S. Jankov ("Jankov"), by and through his attorneys, Dickinson Wright PLLC, respectfully request the Court to amend the briefing set forth in the Court's Order entered on July 21, 2020 (the "Order") approving the Stipulation to Continue Hearing and Briefing Schedule on Request for Temporary Restraining Order (ECF No. 8) ("First Stipulation"):

1.     On July, 21, 2020, this Court entered the Order granting the First Stipulation. (ECF No. 14)

2.     Pursuant to the Order, Jankov's response is due on or before Tuesday, July 28, 2020, and Philadelphia's reply is due on or before Monday, August 3, 2020 (ECF No. 14).



3. Due to certain scheduling conflicts, the parties have agreed to adjust the briefing set forth in the Order such that Jankov's Response would be due on or before Thursday, July 30, 2020, and Philadelphia's Reply would be due on or before Thursday, August 6, 2020.

4. This Stipulation is made in good faith, and not for purposes of delay.

Dated this 28th day of July, 2020

| DICKINSON WRIGHT PLLC | THE FAUX LAW GROUP |
|---|---|
| /s/ Michael N. Feder | /s/ Kurt C. Faux |
| MICHAEL N. FEDER, ESQ. (NBN 7332) | KURT C. FAUX, ESQ. (NBN 3407) |
| BROOKS T. WESTERGARD, ESQ. (NBN 14300) | WILLI H. SIEPMANN, ESQ. (NBN 2478) |
| 3883 Howard Hughes Parkway, Suite 800 | 2625 N. Green Valley Parkway, Suite. 100 |
| Las Vegas, NV 89169 | Henderson, NV 89014 |
| *Attorneys for Defendant Ronald S. Jankov* | *Attorneys for Philadelphia Indemnity Insurance Company* |

## **ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that this Court's Order entered on July 21, 2020 approving the First Stipulation is amended as to the briefing schedule only as follows:

1. Jankov shall submit his Response on or before Thursday, July 30, 2020; and

2. Philadelphia shall submit its Reply to Jankov's Response on or before Thursday, August 6, 2020.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 28, 2020.

4819-6028-4613 v5 [93690-1]

