KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
          wsiepmann@fauxlaw.com
          jfaux@fauxlaw.com
*Attorneys for Plaintiff*
*Philadelphia Indemnity Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; | Case No.:   2:20-cv-01223-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE PRELIMINARY INJUNCTION HEARING** |
| vs. | |
| RONALD S. JANKOV, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE BUSINESS ENTITIES 11 through 20, inclusive; | |
| Defendants. | |

Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through its attorneys, The Faux Law Group, and Defendant Ronald S. Jankov ("Jankov"), by and through his attorneys, Dickinson Wright PLLC, hereby stipulate and agree as follows:

1.     On August 17, 2020, Philadelphia filed its Notice of Compliance [ECF No. 24] reflecting the filing of the Temporary Restraining Order Bond in the amount of $10,000.00 pursuant to the Court's Minute Order of August 11, 2020.

2.     On August 18, 2020, Jankov filed his Notice of Compliance with August 11, 2020 Minute Order (ECF No. 23) [ECF No. 25].   The Notice of Compliance states that Jankov is segregating out funds in the amount of $569,166.00 which will be moved into a restricted bank account being set up through Merrill Lynch by no later than August 21, 2020.

3.     Jankov agrees to provide Philadelphia with the details of the restricted bank account.

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

4.      Philadelphia and Jankov agree that any issue regarding the restricted bank account can be brought to the court on an emergency basis.

5.      The hearing on Plaintiff's Motion for Preliminary Injunction set for Friday, August 21, 2020 at 9:30 a.m. may be vacated by the Court.

DATED this 19th day of August, 2020.

THE FAUX LAW GROUP


 /s/  Kurt C. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
2625 N. Green Valley Parkway, Ste. 100
Henderson, NV 89014
*Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*

DATED this 19th day of August, 2020.

DICKINSON WRIGHT PLLC


/s/ Michael N. Feder
MICHAEL N. FEDER, ESQ. (NBN 7332)
BROOKS T. WESTERGARD, ESQ. (NBN 14300)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV  89169
*Attorneys for Defendant Ronald S. Jankov*


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:___August 20, 2020_____

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790